EXHIBIT 1

# Order Requesting State Court Records
# (2 pages)

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED

2018 MAR 19  PM 6: 08

CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY_____
               DEPUTY

GREENWOOD ET AL

v.

STEVEN HINDS

Civil No.   1:18-CV-240-RP

<u>**O R D E R**</u>

The above captioned cause, having been removed to this Court on _____March 19, 2018_____

from the _____Justice Court, Precinct 1, Place1, Lampasas County Court_____ and the Court being

of the opinion that a copy of the complete record (minus discovery) in this case is necessary;

IT IS HEREBY ORDERED, pursuant to 28 U.S.C. § 1447(b), that the removing party, **if it**

**has not already done so,** shall within ten (10) days from the date of this order supplement the record

with state court pleadings.  The supplement is to be electronically filed and shall include a copy of

the complete file, including the docket sheet, in this cause from the Court from which this case has

been removed.

SIGNED this the 19th day of March, 2018.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS


Steven Hinds
240 County Road 250
Burnet  TX US  78611


Case: 1:18-cv-00240
Instrument: 3
cj

Attorneys admitted to practice in the Western District of Texas
must register for electronic filing.

Attorneys granted permission to appear pro hac vice must
immediately register for electronic filing.

For Pro Se/Prisoner Filers:  You are not required to file
electronically or register for e-mail notification, however,
non-prisoner pro se litigants may petition the Court for
permission to electronically file.

For all these matters, please visit our website at:
www.txwd.uscourts.gov/CMECF

## EXHIBIT 2

# Record Supplied To Steven Hinds by Justice Court, Precinct 1, Place 1, Lampasas County
# (27 pages)

Tivon Arnold
40 CR 250
Burnet, Tx 78611

7017 2620 0000 6703 2885

Andrew Ferreira, Jr.
J.P. 1
501 E. 4th Street, Suite 105
Lampasas, Tx 76550



PRIORITY MAIL

UNITED STATES
POSTAL SERVICE®
For Domestic and International Use

Label 107R, May 2014



TRACKED
INSURED

1005

76550





U.S. POSTAGE PAID
BURNET, TX
78611
MAR 20, 18
AMOUNT
$14.10
R2305H127870-07

Barnet, TX
7 Scott

**WARRANT**

# HINDS, STEVEN ELMER
## DOCKET # 10170829

DOB: 5/02/1961    DL # 07354816   ST. TX

Offense Charged: ATTEND COCKFIGHT - SPECTATOR

OFFENSE DATE: 11/27/2017   Appear Date: 2/06/2018

PLEA: ____ Guilty ____ Waiver of jury trial ____ Nolo Contendere ____ Not Guilty

Fine: $500.00   Court Costs: $144.00 = $144.00
Fine $500.00 + $144.00 = $344.00
$ _____ + $25.00 Time Payment Fee Total:

Officer: BARNES, MATT  Agency: LAMPASAS CO SHERIFF DEPT

| | |
|---|---|
| WARRANT FEE | $50.00 |
| OMNI FEE | $30.00 |

Jail Credit @ $50.00 per 24 hour day: _____
Served _____ $ _____                     Total Days _____

**TRIAL:**

Complaint Filed: _____       Pre-Trial: Date & Time: _____

Jury or Bench Trial  Date & Time Set: _____

**Appeal to County Court at Law: Date  Filed:** _____

Attorney: _____                       **Appeal Bond:** _____

**COMMUNITY SERVICE : HOURS:** _____   X $8.00 = $ _____   credit

**DRIVING SAFETY COURSE:**   Art. 45.0511(b) Mandatory   Art. 45.0511 (d) Permissive

Court Costs: $100.00 + Fee: $10.00/ DATE PAID: _____
DL: _____ REC'D INS _____ REC'D Affidavit _____
DSC _____ REC'D _____
Driver Record _____ REC'D ? Clear ? last course
DSC NOT COMPLETED/FINE PAID $ _____
completed: _____
DEFERRED DISPOSITION: Date granted: _____   Date Due: _____

Court Costs:$100.00 or $67.00 + **Special Fee:$** _____   Date Paid: _____   20 ____

---

TIME PAYMENT DUE: _____
DSC DUE DATE: _____
DEFERRED DUE DATE: _____
COMMUNITY SERVICE DUE: _____
SHOW CAUSE HEARING: _____           NOTICE SENT: _____
COMPLIANCE HEARING: _____           NOTICE SENT: _____

Warrant Date Issued: _____   Date Returned: _____
Capias Pro Fine Date Issued: _____   Date Returned: _____
OMNI: Entered: _____   Removed: _____
NRVC: Notice Sent: _____   Suspension sent: _____   Withdraw S ____

**JUDGMENT**

On this the ____ day of _____, 200___, the defendant in the above numbered and entit
appeared (by attorney/fax/mail) (in person), entered a plea of (not guilty) (guilty) (nolo conten
(demanded) a jury trial, and the (Court) (Jury) having heard the evidence and arguments, finds
guilty (guilty) or the offense of:

— The Defendant, being found not guilty, is immediately discharged from all further liability for t
which the Defendant has been tried, and the Defendant may go hence without payment of c

— The Defendant being found guilty and assessed a fine of $ _____ is therefore ordered and
the Court that the State of Texas, do have and recover from the Defendant the amount of $
the fines and costs.

— The Court orders the defendant to pay court costs (and post bond in the amount of $
the Defendant deferred disposition. The terms of the probation are attached and incorporat
judgment.

It is further Ordered that the Defendant shall complete DSC as Ordered.

The Court further finds that the Defendant is younger than 18 years of age and has been con
Section (106.02) (106.04) (106.05, Alcoholic Beverage Code, and that
above- mentioned alcohol awareness course with the Defendant and present to the Court
completion of the course no later than _____ 20 ____

— If the Defendant fails to comply with the orders of this judgment, the Defendant shall be com
custody of the appropriate authority until said fine and costs are fully paid; and it is further or
adjudged by the Court that execution may issue against the property of the said Defendant f
such fines and costs.

_____
Judge Andrew Garcia Jr. J.P. #1, Lampasas

**DISMISSAL**

On this the ____ day of _____, 200___
— The judgment is ordered removed and the case dismissed on the grounds that Defendant pr
evidence of successful completion of a driving safety course.

— The case is ordered dismissed on the grounds that the Defendant completed the terms of d
Disposition (and is ordered to pay a special expense fee in the amount of _____

— This numbered and styled cause is dismissed on the State's motion for the reason _____

_____
Judge Andrew Garcia Jr. J.P. #1, Lampas

CAUSE NUMBER: 10180279

| | |
|---|---|
| E STATE OF TEXAS | IN THE JUSTICE COURT |
| VS | PRECINCT ONE |
| 'EVEN ELMER HINDS | LAMPASAS COUNTY, TEXAS |

================================================================
C O M P L A I N T
================================================================

IN THE NAME AND BY THE AUTHORITY OF THE STATE OF TEXAS:

the undersigned affiant, do solemnly swear that I have good reason to
lieve and do believe that STEVEN ELMER HINDS , hereinafter called
efendant, on or about the 7th day of March, 2018 , and before
ne making and filing of this complaint, in the territorial limits of
ampasas Justice Court , in the County of LAMPASAS , and the State of Texas,
AILURE TO APPEAR/BAIL JUMPING
id then and there after having been released from custody on the condition
hat he subsequently appear, intentionally and knowingly failed to appear in
ccordance with the terms of the release, said appearance not being incident to
robation or parole,

GAINST THE PEACE AND DIGNITY OF THE STATE OF TEXAS.

_____
Affiant

worn and subscribed before me by  MISTY WAKEMAN
credible person, this the _____ day of _____ 20 18 .

_____
Judge Andrew Garcia Jr. , Precinct One
Lampasas County, Texas

================================================================
A F F I D A V I T
================================================================

I, WAKEMAN, MISTY , being duly sworn on oath, state that
I have good reason to believe and do believe that on or about
on the 7th day of March, 2018  in Lampasas Justice Court , LAMPASAS  County, T
STEVEN ELMER HINDS , Defendant, committed the offense of:
FAILURE TO APPEAR/BAIL JUMPING , a misdemeanor.
My belief of the above is based upon facts and information provided to me
by WAKEMAN, MISTY , a peace officer employed by
JUSTICE COURT  charging on complaint that the
Defendant, committed such offense.

_____
Affiant

Sworn to and subscribed before me on this the _____ day of
_____ 20 __.

ORDER

I examined the foregoing affidavit and have determined that probable cause
DOES exist for the issuance of the arrest warrant for the named
above Defendant.

_____
Judge Andrew Garcia Jr. , Precinct One
Lampasas County, Texas

CAUSE NUMBER: <u>10170829</u>

THE STATE OF TEXAS                                    IN THE JUSTICE COURT

   VS                                                    PRECINCT ONE

                                                 LAMPASAS COUNTY, TEXAS

STEVEN ELMER HINDS

## W A R R A N T   O F   A R R E S T

FINE/COST/WARRANT $ <u>649.00</u>
BOND SET:
CITATION #<u>031032</u>

Address: <u>300 NORTH WEST ST</u>
City/State/Zip: <u>BURNET, TX 78611</u>
Date of Birth: <u>5/02/1961</u>
Driver's License: <u>TX 07354816</u>
Race: <u>WHITE</u>Sex: <u>MALE</u>

To any Peace Officer of the State of Texas:

GREETINGS:

    YOU ARE HEREBY COMMANDED to arrest STEVEN ELMER HINDS,  defendant, and bring him/her before the Justice Court to be dealt with  according to law.  Said defendant has been accused of the offense of:
ATTEND COCKFIGHT - SPECTATOR which is against the laws of the State of Texas, against the peace and  dignity of the State.

    Herein fail not, but due service and return of this warrant of arrest,  showing how you executed the same.

Signed this the 9th day of March, 2018.

Judge Andrew Garcia Jr.
Precinct One, Place One
Lampasas County, Texas

## OFFICER'S RETURN

Came to hand _____ day of _____, 20____,at _____o'clock __M and executed on the _____ day of _____, 20____, at _____o'clock ____M. by_____

_____
    Officer's Signature

CAUSE NUMBER: <u>10180279</u>

| | |
|---|---|
| THE STATE OF TEXAS | IN THE JUSTICE COURT |
| VS | PRECINCT ONE |
| | LAMPASAS COUNTY, TEXAS |
| STEVEN ELMER HINDS | |

## W A R R A N T   O F   A R R E S T

FINE/COST/WARRANT $ <u>349.00</u>
BOND SET:
CITATION #<u>031032F</u>

Address: <u>300 NORTH WEST ST</u>
City/State/Zip: <u>BURNET, TX 78611</u>
Date of Birth: <u>5/02/1961</u>
Driver's License: <u>TX 07354816</u>
Race: <u>WHITE</u>Sex: <u>MALE</u>

To any Peace Officer of the State of Texas:

GREETINGS:

   YOU ARE HEREBY COMMANDED to arrest STEVEN ELMER HINDS, defendant, and bring him/her before the Justice Court to be dealt with according to law. Said defendant has been accused of the offense of:
FAILURE TO APPEAR/BAIL JUMPING which is against the laws of the State of Texas, against the peace and dignity of the State.

   Herein fail not, but due service and return of this warrant of arrest, showing how you executed the same.

Signed this the 9th day of March, 2018.



Judge Andrew Garcia Jr.
Precinct One, Place One
Lampasas County, Texas

## OFFICER'S RETURN

Came to hand _____ day of _____, 20____,at_____o'clock __M and executed on the _____ day of _____, 20____, at _____o'clock ____M. by_____

_____
Officer's Signature

No. **10170829**

| THE STATE OF TEXAS | {} | IN THE JUSTICE COURT |
| VS | {} | PRECINCT 1, PLACE 1 |
| STEVEN ELMER HINDS | {} | LAMPASAS COUNTY, TEXAS |

---

### PRETRIAL NOTICE

---

STEVEN ELMER HINDS
240 CR 250
BURNET, TX 78611

RE: **ATTEND COCKFIGHT - SPECTATOR**

Dear   STEVEN ELMER HINDS ,

Please be advised that the above referenced cause has been set for *pretrial* in the Justice Court, Pct. One, Courthouse, 501 East 4th Street, Lampasas, Texas at 9:00 a.m. on **March 7, 2018**   . Please be advised that this Court requires a **written notice** within three working days of the trial to be able to reset your case for a future date. Please do not contact this court to speak with the Judge or County Attorney once you are scheduled for trial.

If you have any questions please contact the Court at 512-564-1845.

Signed this the 14th day of February, 2018

Judge Andrew Garcia Jr.
Precinct One, Place One
Lampasas County, Texas

Certified Mail No.: 7016 0600 0000 7569 4092

STEVEN ELMER  HINDS, Estate.
Executor Office.
Nation Texas.
240 County Road 250.
Burnet. Hinds Province.
United States Minor, Outlying Islands.
Near. [78611-9998]

Afternoon – of second February two-zero one-eight
= = = = = = = = = = = = = = = = = = = = = = =

= = = = = = = = = = = = = = = = = = = = =

Office of Court Administrator
Attention: Judge Andrew Garcia, Jr.
501 East 4th St.. Ste. 105, P.O. Box 412
Lampasas, Texas, U.S.A. 76550

To:    The Office of Court Administrator.
From: Executor Office – STEVEN ELMER HINDS, Estate.

Regarding:  Unauthorized administration of STEVEN ELMER HINDS, Estate;
              [Citation No.: 031032]

Enclosed you will find "abandoned" paperwork – EXHIBIT 1 – which appears to erroneously
"allege" that 410 E. 4th Street, Lampasas, TX 76550, the JP Andrew Garcia, Jr. no bar card
number and Matt Barnes who did not sign but printed his name as M Barnes 712 upon the
paperwork being returned, such as – Issued by M Barnes 712, who by his unwarranted acts of:
sending a defective document/citation through the U.S. mail; defective for: stalking, sending the
citation to my mother's home, disclosing my social security number upon the paperwork,
alleging a crime at a wrong address, serving a defective process through the U.S. mail beyond
the 10 day limit since the time of the alleged occurrence on June 11, 2016 has expired, no
obligation was created given the fact the citation/notice does not bear my signature whereby I
agreed to appear, there is no name of the accuser, there is no party making the allegation
attesting they are the real party in interest, there is no qualified witness who has the authority to
certify to the truth, there is no disclosure of the *nature* of the allegation – civil or criminal, and
which "charge" County Attorney John K. Greenwood has failed to state a Claim after being
Noticed with a series of four Demand Letters – EXHIBIT 2 – and has thus defaulted – Matt
Barnes and Andrew Garcia, Jr.'s paper fraudulently claims authority from this Executor Office to
administrate for STEVEN ELMER HINDS, Estate.  That false claim is hereby Adjourned.

You will forthwith return and transmit the specific written delegation of authority to "represent"
that authorization to administrate [act as trustee] the STEVEN ELMER HINDS Estate has been
warranted, together with a certified copy of your oath for the Office of Court Administrator,
accompanied by a certified copy of your Bar Bond or Bond, Wayne Boultinghouse, Court
Administrator, and a detailed list of all bonds, sureties, indemnification, insurance and Court
Registry Investment System (CRIS) CUSIP numbers, SF24, SF25 and SF25A, EXHIBITS 3, 4
and 5, and full accounting relating in any way to your or any related actor's personal or
professional involvement, as referenced above, through the unwarranted presentation of the
arrogated paperwork intrusion upon the STEVEN ELMER HINDS Estate.

                                        govern yourself accordingly.

Certified Document:
7016 0600 0000 7569 4092

                              By: executor _Steven Elmer Hinds_
                              Executor Office.
                              STEVEN ELMER HINDS, Estate.
                              Nation Texas.
                              240 County Road 250.
                              Burnet. Hinds Province.
                              United States Minor, Outlying Islands.
                              Near. [78611-9998]

cc: Office of Governor, STATE OF TEXAS Greg Abbott, Governor, 1100 San Jacinto Blvd.,
Austin Texas 78701
cc: Office of Attorney General. STATE OF TEXAS Ken Paxton. Attorney General, P.O. Box
12548, Austin, Texas 78711-2548

Certified Mail No.: 7016 0600 0000 7569 4092

STATE OF TEXAS        )
                                 )     JURAT
COUNTY OF BURNET    )

Subscribed and sworn to before me, a Notary Public, this _2_ day of February 2018, upon satisfactory evidence to the identity of the affiant subscribed and sworn above.

_____ (Seal)
NOTARY PUBLIC
My Commission expires:

JOEL B CORTEZ
NOTARY PUBLIC
STATE OF TEXAS
ID # 128869446
My Comm. Expires 05/14/2018

EXHIBIT 1

# Citation No.: 031032
# (2 pages)

| JUDGE ANDREW GARCIA JR. | JUDGE CAMRON D. BRISTER | JUDGE GREG CHAPMAN |
|---|---|---|
| JUSTICE OF THE PEACE #1 | JUSTICE OF THE PEACE #2 & #3 | JUSTICE OF THE PEACE #4 |
| P.O. BOX 412 | P.O. BOX 96 | P.O. BOX 66 |
| LAMPASAS, TX 76550 | LOMETA, TX 76853 | KEMPNER, TX 76539 |
| Tel 512 564-1845 | Tel 512 752-3497 | Tel 512 932-2182 |
| Fax 512 564-1696 | Fax 512 752-8397 | Fax 512 932-3884 |
| Bureau Code #2519576 | Bureau Code #8997893 | Bureau Code #8871463 |

*THIS LETTER IS FURNISHED AS A COURTESY TO YOU BY THE JUSTICE COURTS OF LAMPASAS COUNTY, TEXAS TO ASSIST IN MAKING DISPOSITION OF THE CHARGE(S) AGAINST YOU.*

**IF YOU WISH TO ENTER A PLEA OF GUILTY OR NOLO CONTENDRE,** please indicate in the proper space provided, a plea of NOLO CONTENDRE means that you do not wish to contest the state's charge(s) against you. The plea of NOLO CONTENDRE has the same force and effect as a plea of GUILTY. Either plea indicates that you agree to waive appearance before the Court for trial. You must refer to the schedule shown on the reverse side of this letter to determine the total amount of your fine(s) and costs assessed against you. Make your remittance by CASHIER'S CHECK or MONEY ORDER payable to LAMPASAS COUNTY or submit your CREDIT CARD payment by phone at 866.549.1010 or online at www.certifiedpayments.net with the Bureau Code# shown above.
**IF MAILING RETURN YOUR COPY OF THE CITATION and this LETTER with your remittance.**

**IF YOU WISH TO ENTER A PLEA OF NOT GUILTY and desire a trial,** you must so indicate in the proper space provided below and mail to the Judge whose name is marked at the top of this letter no later than the appearance date shown on the citation. You shall be notified by return mail of the court date set. You have the right to either a JURY OR NON JURY trial. Please indicate your choice. **JURY or NON JURY.**

**A PARENT** may have to accompany a **MINOR** to COURT before a PLEA can be accepted from the MINOR with certain TRAFFIC, ALCOHOL, SCHOOL or TOBACCO offenses. A PARENT will be notified by the COURT.

**IF YOU FAIL TO RESPOND TO THIS CITATION BY THE APPEARANCE DATE SHOWN ON THE CITATION an ADDITIONAL charge WILL be assessed against you for VIOLATE PROMISE TO APPEAR and a WARRANT issued for your ARREST.    YOUR PROMPT ATTENTION TO THIS MATTER WILL BE GREATLY APPRECIATED.   THANK YOU.**

----

## REPLY FORM

_____    I hereby enter a plea of **NOT GUILTY** and request a **JURY / NON-JURY TRIAL.**

_____    I hereby enter a plea of **GUILTY** and waive appearance for trial.
            **CASHIER'S CHECK** or **MONEY ORDER** in the amount of the fine(s) is enclosed.

_____    I hereby enter a plea of **NOLO CONTENDRE** and waive appearance for trial.
            **CASHIER'S CHECK** or **MONEY ORDER** in the amount of the fine(s) is enclosed.

## DRIVING SAFETY COURSE

**I HEREBY PLEA NOLO CONTENDRE** to the moving traffic citation and request to take a DRIVING SAFETY COURSE to dismiss the charge, except in SPEED OF 25 M.P.H. or above. I understand I will lose the right to request DSC, if I do not provide this written request to the court by CERTIFIED RETURN RECEIPT mail dated ON or BEFORE THE APPEARANCE DATE on my citation. I am sending PROOF OF LIABILITY INSURANCE, in effect at time of citation, copy of my citation, copy of my Class "C" driver's license and a MONEY ORDER payable to LAMPASAS COUNTY for $112.10 fee with my request as required. I hereby certify that I am not in the process of taking a course not reflected on my driving record and have not completed a course in the past twelve months. I did have a valid TEXAS DRIVER'S LICENSE at the time the citation was issued.

SIGNATURE _____   DATE_____

ADDRESS & ZIPCODE_____

## EXHIBIT 2

# Fifth Notary Affidavit of Non-Response to County Attorney John K. Greenwood
# (1 page)

FEB 1 2 2018

CERTIFIED NO.: 7016 0600 0000 7574 7293

# NOTARY AFFIDAVIT OF NON-RESPONSE

Pat O'Donnell - Notary Public
203 S. Water St.
Burnet, Texas [78611]

On this 12 day of December, A.D. 2016 for the purpose of verification, I, the undersigned
Notary Public, being commissioned in the County of Burnet, State of Texas noted above, do
certify that for Claimant, Steven Elmer Hinds, Secured Party Creditor, Executive Trustee for the
Trust known as STEVEN ELMER HINDS, I have received no responses from the Affidavit of
Truth and Demand for Bill of Particulars sent by Certified Mail #7015 0640 0005 1054 6688; the
Second Affidavit: Affidavit of Fault and Demand For Payment sent by certified Mail #7016 0600
0000 7574 7781; an Affidavit: Notice of Default, Judgment in Nihil Dicit and Final Opportunity
to Cure sent by Certified Mail #7016 0600 0000 7574 7699; and Affidavit of Non-Response sent
by Certified Mail #7016 0600 0000 7574 7712 to the following recipient:

John Greenwood
P.O. Box 1300
Lampasas, Texas 76550-1300

On July 5, 2016 I witnessed the mailing of Affidavit of Truth and Demand for Bill of Particulars,
Certified no.: 7015 0640 0005 1054 6688, which was delivered on July 12, 2016 at 10:10 a.m. at
the above stated address. John Greenwood, you did not respond as of the date of this mailing.

On July 27, 2016 I witnessed the mailing of Second Affidavit: Affidavit of Fault and Demand
For Payment, Certified Mail Tracking No. 7016 0600 0000 7574 7781, delivered on July 28,
2016 at 10: 00 a.m. at the above stated address. John Greenwood, you did not respond as of the
date of this mailing.

On September 17, 2016 I witnessed the mailing of Affidavit: Notice of Default, Judgment in
Nihil Dicit and Final Opportunity to Cure, Certified Mail Tracking No. 7016 0600 0000 7574
7699, delivered September 30 at 9:36 a.m. at the above stated address. John Greenwood, you did
not respond as of the date of this mailing.

On November 4, 2016 I witnessed the mailing of Affidavit of Non-Response, Certified Mail
Tracking No. 7016 0600 0000 7574 7712, delivered on November 7, 2016 at 2:31 p.m. at the
above stated address. John Greenwood, you did not respond as of the date of this mailing.

_____                    12 - 12 - 16
Signature, Notary Public for said State of Texas          Date

My Commission Number: _____

My Commission Expires: _5 - 20 - 19_          Patrick Odonnell Jr.
                                              Notary Public,
                                              State of Texas
                                              Expires: 05/20/2019

Notary Affidavit of Non-Response    Page 1 of 1

EXHIBIT 3

# Standard Form 24 Bid Bond
# (2 pages)

| **BID BOND**<br>*(See instructions on reverse)* | DATE BOND EXECUTED *(Must not be later than bid opening date)* | **OMB Control Number: 9000-0045**<br>**Expiration Date: 7/31/2019** |
|---|---|---|

Paperwork Reduction Act Statement - This information collection meets the requirements of 44 USC § 3507, as amended by section 2 of the Paperwork Reduction Act of 1995. You do not need to answer these questions unless we display a valid Office of Management and Budget (OMB) control number. The OMB control number for this collection is 9000-0045. We estimate that it will take 25 minutes to read the instructions, gather the facts, and answer the questions. Send only comments relating to our time estimate, including suggestions for reducing this burden, or any other aspects of this collection of information to: General Services Administration, Regulatory Secretariat Division (M1V1CB), 1800 F Street, NW, Washington, DC 20405.

| PRINCIPAL *(Legal name and business address)* | TYPE OF ORGANIZATION *("X" one)* |
|---|---|
| | ☐ INDIVIDUAL   ☐ PARTNERSHIP   ☐ JOINT VENTURE |
| | ☐ CORPORATION   ☐ OTHER *(Specify)* |
| | STATE OF INCORPORATION |

SURETY(IES) *(Name and business address)*

| PERCENT OF BID PRICE | PENAL SUM OF BOND | | | | BID IDENTIFICATION | |
|---|---|---|---|---|---|---|
| | AMOUNT NOT TO EXCEED | | | | BID DATE | INVITATION NUMBER |
| | MILLION(S) | THOUSAND(S) | HUNDRED(S) | CENTS | | |
| | | | | | FOR *(Construction, Supplies or Services)* | |

OBLIGATION

We, the Principal and Surety(ies) are firmly bound to the United States of America (hereinafter called the Government) in the above penal sum. For payment of the penal sum, we bind ourselves, our heirs, executors, administrators, and successors, jointly and severally. However, where the Sureties are corporations acting as co-sureties, we, the Sureties, bind ourselves in such sum "jointly and severally" as well as "severally" only for the purpose of allowing a joint action or actions against any or all of us. For all other purposes, each Surety binds itself, jointly and severally with the Principal, for the payment of the sum shown opposite the name of the Surety. If no limit of liability is indicated, the limit of liability is the full amount of the penal sum.

CONDITIONS

The Principal has submitted the bid identified above.

THEREFORE,

The above obligation is void if the Principal - (a) upon acceptance by the Government of the bid identified above, within the period specified therein for acceptance (sixty (60) days if no period is specified), executes the further contractual documents and gives the bond(s) required by the terms of the bid as accepted within the time specified (ten (10) days if no period is specified) after receipt of the forms by the principal, or (b) in the event of failure to execute such further contractual documents and give such bonds, pays the Government for any cost of procuring the work which exceeds the amount of the bid

Each Surety executing this instrument agrees that its obligation is not impaired by any extension(s) of the time for acceptance of the bid that the Principal may grant to the Government. Notice to the surety(ies) of extension(s) is waived. However, waiver of the notice applies only to extensions aggregating not more than sixty (60) calendar days in addition to the period originally allowed for acceptance of the bid

WITNESS

The Principal and Surety(ies) executed this bid bond and affixed their seals on the above date.

| | PRINCIPAL | | | |
|---|---|---|---|---|
| SIGNATURE(S) | 1.<br>(Seal) | 2.<br>(Seal) | 3.<br>(Seal) | Corporate Seal |
| NAME(S) & TITLE(S) *(Typed)* | 1. | 2. | 3. | |

| | INDIVIDUAL SURETY(IES) | | |
|---|---|---|---|
| SIGNATURE(S) | 1.<br>(Seal) | 2. | (Seal) |
| NAME(S) *(Typed)* | 1. | 2. | |

| | CORPORATE SURETY(IES) | | | |
|---|---|---|---|---|
| **SURETY A** | NAME & ADDRESS | | STATE OF INCORPORATION | LIABILITY LIMIT ($) |
| | SIGNATURE(S) | 1. | 2. | Corporate Seal |
| | NAME(S) & TITLE(S) *(Typed)* | 1. | 2. | |

AUTHORIZED FOR LOCAL REPRODUCTION
*Previous edition is NOT usable*

**STANDARD FORM 24 (REV. 8/2016)**
Prescribed by GSA - FAR (48 CFR) 53.228(a)

| | | | STATE OF INCORPORATION | LIABILITY LIMIT ($) | |
|---|---|---|---|---|---|
| **SURETY B** | NAME & ADDRESS | | STATE OF INCORPORATION | LIABILITY LIMIT ($) | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) *(Typed)* | 1. | 2. | | |
| **SURETY C** | NAME & ADDRESS | | STATE OF INCORPORATION | LIABILITY LIMIT ($) | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) *(Typed)* | 1. | 2. | | |
| **SURETY D** | NAME & ADDRESS | | STATE OF INCORPORATION | LIABILITY LIMIT ($) | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) *(Typed)* | 1. | 2. | | |
| **SURETY E** | NAME & ADDRESS | | STATE OF INCORPORATION | LIABILITY LIMIT ($) | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) *(Typed)* | 1. | 2. | | |
| **SURETY F** | NAME & ADDRESS | | STATE OF INCORPORATION | LIABILITY LIMIT ($) | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) *(Typed)* | 1. | 2. | | |
| **SURETY G** | NAME & ADDRESS | | STATE OF INCORPORATION | LIABILITY LIMIT ($) | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) *(Typed)* | 1. | 2. | | |

## INSTRUCTIONS

1. This form is authorized for use when a bid guaranty is required. Any deviation from this form will require the written approval of the Administrator of General Services.

2. Insert the full legal name and business address of the Principal in the space designated "Principal" on the face of the form. An authorized person shall sign the bond. Any person signing in a representative capacity (e.g., an attorney-in-fact) must furnish evidence of authority if that representative is not a member of the firm, partnership, or joint venture, or an officer of the corporation involved.

3. The bond may express penal sum as a percentage of the bid price. In these cases, the bond may state a maximum dollar limitation (e.g., 20% of the bid price but the amount not to exceed _____ dollars).

4. (a) Corporations executing the bond as sureties must appear on the Department of the Treasury's list of approved sureties and must act within the limitations listed therein. The value put into the LIABILITY LIMIT block is the penal sum (i.e., the face value) of the bond, unless a co-surety arrangement is proposed.

   (b) When multiple corporate sureties are involved, their names and addresses shall appear in the spaces (Surety A, Surety B, etc.) headed "CORPORATE SURETY(IES)." In the space designated "SURETY(IES)" on the face of the form, insert only the letter identifier corresponding to each of the sureties. Moreover, when co-surety arrangements exist, the parties may allocate their respective limitations of liability under the bond, provided that the sum total of their liability equals 100% of the bond penal sum.

   (c) When individual sureties are involved, a completed Affidavit of Individual Surety (Standard Form 28) for each individual surety, shall accompany the bond. The Government may require the surety to furnish additional substantiating information concerning its financial capability.

5. Corporations executing the bond shall affix their corporate seals. Individuals shall execute the bond opposite the word "Corporate Seal"; and shall affix an adhesive seal if executed in Maine, New Hampshire, or any other jurisdiction requiring adhesive seals.

6. Type the name and title of each person signing this bond in the space provided.

7. In its application to negotiated contracts, the terms "bid" and "bidder" shall include "proposal" and "offeror."

**STANDARD FORM 24** (REV. 8/2016) **BACK**



EXHIBIT 4

# Standard Form 25 Performance Bond
# (2 pages)

FEB 0 6 2018

| PERFORMANCE BOND (See instructions on reverse) | DATE BOND EXECUTED *(Must be same or later than date of contract)* | OMB Control Number: 9000-0045 Expiration Date: 7/31/2019 |
|---|---|---|

Paperwork Reduction Act Statement - This information collection meets the requirements of 44 USC § 3507, as amended by section 2 of the Paperwork Reduction Act of 1995. You do not need to answer these questions unless we display a valid Office of Management and Budget (OMB) control number. The OMB control number for this collection is 9000-0045. We estimate that it will take 60 minutes to read the instructions, gather the facts, and answer the questions. Send only comments relating to our time estimate, including suggestions for reducing this burden, or any other aspects of this collection of information to: General Services Administration, Regulatory Secretariat Division (M1V1CB), 1800 F Street, NW, Washington, DC 20405.

PRINCIPAL *(Legal name and business address)*

TYPE OF ORGANIZATION *("X" one)*

☐ INDIVIDUAL  ☐ PARTNERSHIP  ☐ JOINT VENTURE

☐ CORPORATION  ☐ OTHER (Specify)

STATE OF INCORPORATION

SURETY(IES) *(Name(s) and business address(es))*

PENAL SUM OF BOND

| MILLION(S) | THOUSAND(S) | HUNDRED(S) | CENTS |
|---|---|---|---|

| CONTRACT DATE | CONTRACT NUMBER |
|---|---|

OBLIGATION:

We, the Principal and Surety(ies), are firmly bound to the United States of America (hereinafter called the Government) in the above penal sum. For payment of the penal sum, we bind ourselves, our heirs, executors, administrators, and successors, jointly and severally. However, where the Sureties are corporations acting as co-sureties, we, the Sureties, bind ourselves in such sum "jointly and severally" as well as "severally" only for the purpose of allowing a joint action or actions against any or all of us. For all other purposes, each Surety binds itself, jointly and severally with the Principal, for the payment of the sum shown opposite the name of the Surety. If no limit of liability is indicated, the limit of liability is the full amount of the penal sum.

CONDITIONS:

The Principal has entered into the contract identified above.

THEREFORE:

The above obligation is void if the Principal-

   (a)(1) Performs and fulfills all the understanding, covenants, terms, conditions, and agreements of the contract during the original term of the contract and any extensions thereof that are granted by the Government, with or without notice of the Surety(ies) and during the life of any guaranty required under the contract, and

   (2) Performs and fulfills all the undertakings, covenants, terms, conditions, and agreements of any and all duly authorized modifications of the contract that hereafter are made. Notice of those modifications to the Surety(ies) are waived.

   (b)   Pays to the Government the full amount of the taxes imposed by the Government, if the said contract is subject to 41 USC Chapter 31, Subchapter III, Bonds, which are collected, deducted, or withheld from wages paid by the Principal in carrying out the construction contract with respect to which this bond is furnished.

WITNESS:

The Principal and Surety(ies) executed this performance bond and affixed their seals on the above date.

| PRINCIPAL | | | | | |
|---|---|---|---|---|---|
| SIGNATURE(S) | 1. (Seal) | 2. (Seal) | 3. (Seal) | | Corporate Seal |
| NAME(S) & TITLE(S) (Typed) | 1. | 2. | 3. | | |

| INDIVIDUAL SURETY(IES) | | | |
|---|---|---|---|
| SIGNATURE(S) | 1. (Seal) | 2. (Seal) | |
| NAME(S) (Typed) | 1. | 2. | |

| | CORPORATE SURETY(IES) | | | |
|---|---|---|---|---|
| SURETY A | NAME & ADDRESS | | STATE OF INCORPORATION | LIABILITY LIMIT ($) |
| | SIGNATURE(S) | 1. | 2. | Corporate Seal |
| | NAME(S) & TITLE(S) (Typed) | 1. | 2. | |

AUTHORIZED FOR LOCAL REPRODUCTION
*Previous edition is NOT usable*

STANDARD FORM 25 (REV. 8/2016)
Prescribed by GSA-FAR (48 CFR) 53.228(b)

FEB 0 6 2018

## CORPORATE SURETY(IES) (Continued)

| SURETY B | NAME & ADDRESS | | STATE OF INCORPORATION | LIABILITY LIMIT ($) | Corporate Seal |
|---|---|---|---|---|---|
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) (Typed) | 1. | 2. | | |

| SURETY C | NAME & ADDRESS | | STATE OF INCORPORATION | LIABILITY LIMIT ($) | Corporate Seal |
|---|---|---|---|---|---|
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) (Typed) | 1. | 2. | | |

| SURETY D | NAME & ADDRESS | | STATE OF INCORPORATION | LIABILITY LIMIT ($) | Corporate Seal |
|---|---|---|---|---|---|
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) (Typed) | 1. | 2. | | |

| SURETY E | NAME & ADDRESS | | STATE OF INCORPORATION | LIABILITY LIMIT ($) | Corporate Seal |
|---|---|---|---|---|---|
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) (Typed) | 1. | 2. | | |

| SURETY F | NAME & ADDRESS | | STATE OF INCORPORATION | LIABILITY LIMIT ($) | Corporate Seal |
|---|---|---|---|---|---|
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) (Typed) | 1. | 2. | | |

| SURETY G | NAME & ADDRESS | | STATE OF INCORPORATION | LIABILITY LIMIT ($) | Corporate Seal |
|---|---|---|---|---|---|
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) (Typed) | 1. | 2. | | |

| BOND PREMIUM ▶ | RATE PER THOUSAND ($) | TOTAL ($) |
|---|---|---|

## INSTRUCTIONS

1  This form is authorized for use in connection with Government contracts.  Any deviation from this form will require the written approval of the Administrator of General Services.

2  Insert the full legal name and business address of the Principal in the space designated "Principal" on the face of the form.  An authorized person shall sign the bond.  Any person signing in a representative capacity (e.g., an attorney-in-fact) must furnish evidence of authority if that representative is not a member of the firm, partnership, or joint venture, or an officer of the corporation involved.

3  (a) Corporations executing the bond as sureties must appear on the Department of the Treasury's list of approved sureties and must act within the limitations listed therein.  The value put into the LIABILITY LIMIT block is the penal sum (i.e., the face value) of bonds, unless a co-surety arrangement is proposed.

    (b) When multiple corporate sureties are involved, their names and addresses shall appear in the spaces (Surety A, Surety B, etc.) headed "CORPORATE SURETY(IES)."  In the space designated "SURETY(IES)" on the face of the form, insert only the letter identifier corresponding to each of the sureties.  Moreover, when co-surety arrangements exist, the parties may allocate their respective limitations of liability under the bonds, provided that the sum total of their liability equals 100% of the bond penal sum.

    (c) When individual sureties are involved, a completed Affidavit of Individual Surety (Standard Form 28) for each individual surety shall accompany the bond.  The government may require the surety to furnish additional substantiating information concerning its financial capability.

4  Corporations executing the bond shall affix their corporate seals.  Individuals shall execute the bond opposite the words "Corporate Seal", and shall affix an adhesive seal if executed in Maine, New Hampshire, or any other jurisdiction requiring adhesive seals.

5  Type the name and title of each person signing this bond in the space provided

**STANDARD FORM 25 (REV. 8/2016) BACK**



**EXHIBIT 5**

# Standard Form 25A Payment Bond
# (2 pages)

| PAYMENT BOND (See instructions on reverse) | DATE BOND EXECUTED (Must be same or later than date of contract) | OMB Control Number: 9000-0045 Expiration Date: 7/31/2019 |
|---|---|---|

Paperwork Reduction Act Statement - This information collection meets the requirements of 44 USC § 3507, as amended by section 2 of the Paperwork Reduction Act of 1995. You do not need to answer these questions unless we display a valid Office of Management and Budget (OMB) control number. The OMB control number for this collection is 9000-0045. We estimate that it will take 60 minutes to read the instructions, gather the facts, and answer the questions. Send only comments relating to our time estimate, including suggestions for reducing this burden, or any other aspects of this collection of information to: General Services Administration, Regulatory Secretariat Division (M1V1CB), 1800 F Street, NW, Washington, DC 20405.

PRINCIPAL (Legal name and business address)

TYPE OF ORGANIZATION ("X" one)

☐ INDIVIDUAL   ☐ PARTNERSHIP   ☐ JOINT VENTURE

☐ CORPORATION   ☐ OTHER (Specify)

STATE OF INCORPORATION

SURETY(IES) (Name(s) and business address(es))

PENAL SUM OF BOND

| MILLION(S) | THOUSAND(S) | HUNDRED(S) | CENTS |
|---|---|---|---|

| CONTRACT DATE | CONTRACT NUMBER |
|---|---|

**OBLIGATION:**

We, the Principal and Surety(ies), are firmly bound to the United States of America (hereinafter called the Government) in the above penal sum. For payment of the penal sum, we bind ourselves, our heirs, executors, administrators, and successors, jointly and severally. However, where the Sureties are corporations acting as co-sureties, we, the Sureties, bind ourselves in such sum "jointly and severally" as well as "severally" only for the purpose of allowing a joint action or actions against any or all of us. For all other purposes, each Surety binds itself, jointly and severally with the Principal, for the payment of the sum shown opposite the name of the Surety. If no limit is indicated, the limit of liability is the full amount of the penal sum.

**CONDITIONS:**

The above obligation is void if the Principal promptly makes payment to all persons having a direct relationship with the Principal or a subcontractor of the Principal for furnishing labor, material or both in the prosecution of the work provided for in the contract identified above, and any authorized modifications of the contract that subsequently are made. Notice of those modifications to the Surety(ies) are waived.

**WITNESS:**

The Principal and Surety(ies) executed this payment bond and affixed their seals on the above date.

| PRINCIPAL | | | | |
|---|---|---|---|---|
| SIGNATURE(S) | 1. (Seal) | 2. (Seal) | 3. (Seal) | Corporate Seal |
| NAME(S) & TITLE(S) (Typed) | 1. | 2. | 3. | |

| INDIVIDUAL SURETY(IES) | | |
|---|---|---|
| SIGNATURE(S) | 1. | 2. (Seal) | (Seal) |
| NAME(S) (Typed) | 1. | 2. | |

| CORPORATE SURETY(IES) | | | |
|---|---|---|---|
| | | STATE OF INCORPORATION | LIABILITY LIMIT $ |
| SURETY A | NAME & ADDRESS | | |
| | SIGNATURE(S) | 1. | 2. |
| | NAME(S) & TITLE(S) (Typed) | 1. | 2. |

Corporate Seal

AUTHORIZED FOR LOCAL REPRODUCTION
Previous edition is NOT usable

STANDARD FORM 25A (REV. 8/2016)
Prescribed by GSA-FAR (48 CFR) 53.2228(c)

FEB 16 2018

CAUSE NUMBER: 7017082J

HE STATE OF TEXAS                           IN THE JUSTICE COURT

        VS                                  PRECINCT ONE

TEVEN ELMER HINDS                           LAMPASAS COUNTY, TEXAS
========================================================================
                        C O M P L A I N T
========================================================================
  IN THE NAME AND BY THE AUTHORITY OF THE STATE OF TEXAS:

, the undersigned affiant, do solemnly swear that I have good reason to
elieve and do believe that STEVEN ELMER HINDS , hereinafter called
efendant, on or about the 31st day of October, 2017 , and before
he making and filing of this complaint, in the territorial limits of
ampasas Justice Court , in the County of LAMPASAS , and the State of Texas,
TTEND COCKFIGHT - SPECTATOR
GAINST THE PEACE AND DIGNITY OF THE STATE OF TEXAS.

                                        _____
                                        Affiant

Sworn and subscribed before me by  MATT BARNES
a credible person, this the  28th day of  February  20 18 .

                                        _____
                                        Judge Andrew Garcia Jr., Precinct One
                                        Lampasas County, Texas
========================================================================
                        A F F I D A V I T
========================================================================
I, BARNES, MATT , being duly sworn on oath, state that
I have good reason to believe and do believe that on or about
on the 31st day of October, 2017  in Lampasas Justice Court , LAMPASAS  County
STEVEN ELMER HINDS , Defendant, committed the offense of:
ATTEND COCKFIGHT - SPECTATOR , a misdemeanor.
My belief of the above is based upon facts and information provided to me
by BARNES, MATT , a peace officer employed by
LAMPASAS CO SHERIFF DEPT  charging on complaint that the
Defendant, committed such offense.

                                        _____
                                        Affiant

Sworn to and subscribed before me on this the  28th  day of
February  20 18
                            ORDER
I examined the foregoing affidavit and have determined that probable cause
DOES exist for the issuance of an arrest warrant for the named
above Defendant.

                                        _____
                                        Judge Andrew Garcia Jr., Precinct One
                                        Lampasas County, Texas

| | | | | | TX | S | 2 | 41 | m | W | |

**CITATION NO.** 07354816

COMM. VEH    OWNER-LESSEE    RHC NO    OTHER LOCATOR INFORMATION    BUSINESS TELEPHONE

COMM. VEH   INTER ST   GVWR   PASSENGERS   HAZ MAT PLAC   SS # OR ADDITIONAL INFORMATION
CDL        INTRA ST                                       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

VEHICLE LICENSE NO    STATE    COLOR    YEAR MODEL    MAKE    TYPE

| COUNTY **LAMPASAS** | DATE 10 \| 31 \|17 | TIME 9:12 AM | WEATHER | TRAFFIC | ACCIDENT |

LOCATION  410 E 4th St Lampasas Tx 76550

CONSTRUCTION ZONE ☐YES ☐NO    WORKERS PRESENT ☐YES ☐NO    ALLEGED SPEED

VIOLATIONS:
1  Cockfight (Spectator)

SPEED LIMIT

2

RADAR CAL

REASON  WARNING☐  PRE KNOWN  YES☐  VEHICLE YES☐  TYPE OF  CONSENT☐  INC TO ARREST☐  CONTRABAND  YES☐  TYPE OF  DRUGS☐  CURRENCY☐
FOR STOP  CITATION☐  PROB TO STOP  NO☐  SEARCH  NO☐  SEARCH  PC☐  INVENTORY☐  FOUND  NO☐  CONTRABAND  WEAPONS☐  OTHER☐

OTHER CONDITIONS:

WARNING(S)  NO PENALTY ASSESSED FOR THE FOLLOWING OFFENSE(S):

1                                                          3

YOU ARE HEREBY NOTIFIED
TO APPEAR BEFORE  Garcia                CT  JP1

JUDGE

TELEPHONE

AT  501 E 4th St Lampasas Tx    ON OR BEFORE 2/4  20 18  AT 9:00 AM

ISSUED BY  M Bernos 712   ID NO

*Left margin:* I hereby promise to appear at the time and place designated in this notice.   **SIGNATURE:** *mailed*   THIS IS NOT A PLEA OF GUILTY

BRAZOS CO. SHERIFFS OFFICE
410 E. 4TH   BRYAN TX 77803

| VIOLATOR | LAST NAME | | FIRST | | MIDDLE |
|---|---|---|---|---|---|

| RESIDENCE ADDRESS | | CITY | STATE | ZIP CODE | TELEPHONE |
|---|---|---|---|---|---|

| DRIVER LICENSE NO. | | | CDL | STATE | DATE OF BIRTH | SEX | RACE | HEIGHT |
|---|---|---|---|---|---|---|---|---|

☐ COMM. VEH   OWNER/LESSEE | | RRC NO | OTHER LOCATOR INFORMATION | BUSINESS TELEPHONE

☐ COMM. VEH   ☐ INTER ST   ☐ INTRA ST   GVWR   PASSENGERS   HAZ. MAT PLAC   SS # OR ADDITIONAL INFORMATION

| VEHICLE LICENSE NO. | STATE | COLOR | YEAR MODEL | MAKE | TYPE |
|---|---|---|---|---|---|

| COUNTY | | DATE | TIME | WEATHER | TRAFFIC | ACCIDENT |
|---|---|---|---|---|---|---|

| LOCATION | | | M | CONSTRUCTION ZONE ☐ YES ☐ NO | WORKERS PRESENT ☐ YES ☐ NO | ALLISON BOARD |
|---|---|---|---|---|---|---|

VIOLATION(S)
1

2 | SPEED LIMIT

RADAR CAL

REASON   WARNING ☐   RVE KNOWN   YES ☐   VEHICLE YES ☐   TYPE OF   CONSENT ☐   INC TO ARREST ☐   CONTRABAND YES ☐   TYPE OF   DRUGS ☐   CURRENCY ☐
FOR STOP  CITATION ☐   PRIOR TO STOP  NO ☐   SEARCH  NO ☐   SEARCH   PC ☐   INVENTORY ☐   FOUND  NO ☐   CONTRABAND WEAPONS ☐   OTHER ☐
OTHER CONDITIONS

WARNING(S)  NO  PENALTY ASSESSED FOR THE FOLLOWING OFFENSE(S)
1

2

YOU ARE HEREBY NOTIFIED    3
TO APPEAR BEFORE

*(Left margin, rotated):* by promise to appear at the time and place designated in this notice.   NATURE:   THIS IS NOT A PLEA OF GUILTY

| *JUDGE ANDREW GARCIA, JR.* | *JUDGE CAMRON D. BRISTER* | *JUDGE  GREG CHAPMAN* |
|---|---|---|
| JUSTICE OF THE PEACE #1 | JUSTICE OF THE PEACE #2 & #3 | JUSTICE OF THE PEACE #4 |
| P.O. BOX 412 | P.O. BOX 96 | P.O. BOX 66 |
| LAMPASAS, TX  76550 | LOMETA, TX  76853 | KEMPNER, TX  76539 |
| Tel 512 564-1845 | Tel 512 752-3497 | Tel 512 932-2182 |
| Fax 512 564-1696 | Fax 512 752-8397 | Fax 512 932-3884 |
| Bureau Code #2519576 | **Bureau Code #8997893** | **Bureau Code #8871463** |

*THIS LETTER IS FURNISHED AS A COURTESY TO YOU BY THE JUSTICE COURTS OF LAMPASAS COUNTY, TEXAS TO ASSIST IN MAKING DISPOSITION OF THE CHARGE(S) AGAINST YOU.*

**IF YOU WISH TO ENTER A PLEA OF GUILTY OR NOLO CONTENDRE,** please indicate in the proper space provided,  a plea of NOLO CONTENDRE means that you do not wish to contest the state's charge(s) against you.  The plea of  NOLO CONTENDRE has the same force and effect as a plea of GUILTY.  Either plea indicates that you agree to waive appearance before the Court for trial.  You must refer to the schedule shown on the reverse side of this letter to determine the total amount of your fine(s) and costs assessed against you.  Make your remittance by **CASHIER'S CHECK or MONEY ORDER** payable to :**LAMPASAS COUNTY**  or submit your **CREDIT CARD** payment by phone at **866.549.1010** or online at **www.certifiedpayments.net** with the **Bureau Code#** shown above.
**IF MAILING RETURN YOUR COPY OF THE CITATION and this LETTER** with your remittance.

**IF YOU WISH TO ENTER A PLEA OF NOT GUILTY** and desire a trial, you must so indicate in the proper space provided below and mail to the Judge whose name is marked at the top of this letter no later than the appearance date shown on the citation.  You shall be notified by return mail of the court date set.  You have the right to either a JURY OR NON JURY trial.  Please indicate your choice. **JURY or NON JURY**.

**A PARENT** may have to accompany a **MINOR** to **COURT** before a **PLEA** can be accepted from the **MINOR** with certain **TRAFFIC, ALCOHOL, SCHOOL or TOBACCO** offenses.  A **PARENT** will be notified by the **COURT.**

**IF YOU FAIL TO RESPOND TO THIS CITATION BY THE APPEARANCE DATE SHOWN ON THE CITATION an ADDITIONAL charge WILL be assessed against you for VIOLATE PROMISE TO APPEAR and a WARRANT issued for your ARREST.    YOUR PROMPT ATTENTION TO THIS MATTER WILL BE GREATLY APPRECIATED.  THANK YOU.**
-----------------------------------------------------------------------------------------------------

## REPLY FORM

_____      I hereby enter a plea of  **NOT GUILTY** and request a **JURY / NON-JURY TRIAL.**

_____      I hereby enter a plea of **GUILTY** and waive appearance for trial.
                    **CASHIER'S CHECK or MONEY ORDER** in the amount of the fine(s) is enclosed

_____      I hereby enter a plea of **NOLO CONTENDRE** and waive appearance for  trial.
                    **CASHIER'S CHECK or MONEY ORDER** in the amount of the fine(s) is enclosed.

## DRIVING SAFETY COURSE

**I HEREBY PLEA NOLO CONTENDRE** to the moving traffic citation and request to take a  **DRIVING SAFETY COURSE** to dismiss the charge, except in  **SPEED OF 25 M.P.H. or above.** I understand I will lose the right to request DSC, if I do not provide this written request to the court **by CERTIFIED RETURN RECEIPT** mail dated **ON or  BEFORE THE APPEARANCE DATE** on my citation.  I am sending **PROOF OF LIABILITY INSURANCE,** in effect at time of citation, copy of my citation, copy of my  Class "C" driver's  license and a **MONEY ORDER** payable to **LAMPASAS COUNTY** for **$112.10 fee with my request as** required. I hereby certify that I am not in the process of taking a course not reflected on my driving record and have not completed a course in the past twelve months.  I did have a valid **TEXAS DRIVER'S LICENSE** at the time the citation was issued.

**SIGNATURE** _____          _____  **DATE**_____

**ADDRESS & ZIPCODE**_____          **BY:** ........................

DISTRICT COURT OF THE UNITED STATES OF AMERICA
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED

2018 MAR 19 PM 3:29

STATE OF TEXAS,

§
§
§
§
§
§
§
§

Case No.: **A18CV0240 RP**

v.

REMOVAL TO FEDERAL COURT and
COUNTER-CLAIM

Steven Hinds

RIGHT TO AMEND

BY

## NOTICE OF REMOVAL

Pursuant to Title 28 U.S.C. §§ 1441 and 1446, Steven Hinds ("Hinds") hereby files this Notice of Removal and states in support as follows:

1. Steven Hinds is the accused in an action filed in the Justice Court, Precinct 1, Place 1, Lampasas County, Texas, Cause No.: 10170829, created from citation no.: 031032. By the filing of this Notice with the Clerk of this state Court, these state proceedings are now REMOVED by automatic operation of federal law, and Hinds now formally notifies the Court and all parties of that same fact.

2. Pursuant to the express and specific language of 28 U.S.C. 1441, et seq., immediately upon the filing of this Notice, with the Clerk of this Court, this case has been already removed. The removal of jurisdiction from this Court is automatic by operation of federal law, and does not require any additional written order from the District Judge to cause this removal to become "effective" – the removal is an automatic judicial event, and immediate by operation of law.

3. Put another way, the United States Supreme Court clarified and established, clear back in 1966: *"The petition is now filed in the first instance in the federal court. After notice is given to all adverse parties and a copy of the petition is filed with the state court, removal is effected and state court proceedings cease unless the case is remanded.* **28 U. S. C. § 1446** (1964 ed.). *See*

## DISTRICT COURT OF THE UNITED STATES OF AMERICA
## FOR THE WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | | |
|---|---|---|
| STATE OF TEXAS, | § | Case No.: _____ |
| | § | |
| | § | |
| v. | § | REMOVAL TO FEDERAL COURT and |
| | § | COUNTER-CLAIM |
| | § | |
| Steven Hinds | § | RIGHT TO AMEND |
| _____ | § | |

### NOTICE OF REMOVAL

Pursuant to Title 28 U.S.C. §§ 1441 and 1446, Steven Hinds ("Hinds") hereby files this Notice of Removal and states in support as follows:

1. Steven Hinds is the accused in an action filed in the Justice Court, Precinct 1, Place 1, Lampasas County, Texas, Cause No.: 10170829, created from citation no.: 031032. By the filing of this Notice with the Clerk of this state Court, these state proceedings are now REMOVED by automatic operation of federal law, and Hinds now formally notifies the Court and all parties of that same fact.

2. Pursuant to the express and specific language of 28 U.S.C. 1441, et seq., immediately upon the filing of this Notice, with the Clerk of this Court, this case has been already removed. The removal of jurisdiction from this Court is automatic by operation of federal law, and does not require any additional written order from the District Judge to cause this removal to become "effective" – the removal is an automatic judicial event, and immediate by operation of law.

3. Put another way, the United States Supreme Court clarified and established, clear back in 1966: "*The petition is now filed in the first instance in the federal court. After notice is given to all adverse parties and a copy of the petition is filed with the state court, **removal is effected and state court proceedings cease unless the case is remanded.** __28 U. S. C. § 1446__* (1964 ed.). *See*

Ryan Mule
40 CR 250
Burnet, TX 78611

Andrew Garcia, Jr.
J.P. 1
501 E. 4th Street, Suite 105
Lampasas, TX 76550

PRIORITY MAIL

★ ★ ★

UNITED STATES POSTAL SERVICE®

For Domestic and International Use

TRACKED ★ INSURED

Label 107R, May 2014

1005

76550

7017 2620 0000 6703 2885

U.S. POSTAGE
PAID
BURNET, TX
78611
MAR 30, 18
AMOUNT
$14.10
R2305H127870-07

Burnet, TX
78611

# WARRANT

## HINDS, STEVEN ELMER
### DOCKET # 10170829

DOB: 5/02/1961   DL #: 07354816   ST: TX
Offense Charged: ATTEND COCKFIGHT - SPECTATOR
OFFENSE DATE: 11/27/2017   Appear Date: 2/06/2018
PLEA: _____ Guilty _____ Waiver of jury trial _____ Nolo Contendere _____ Not Guilty

Fine: $500.00 Court Costs: $144.00 = $644.00
Fine: $500.00 + $144.00 = $644.00
$ _____ + $25.00 Time Payment Fee Total: _____
Officer: BARNES, MATT   Agency: LAMPASAS CO SHERIFF DEPT

**TRIAL:**
Complaint Filed: _____   Pre-Trial: Date & Time: _____
Jury or Bench Trial Date & Time Set: _____
Appeal to County Court at Law: Date Filed: _____
Attorney: _____   Appeal Bond _____

**COMMUNITY SERVICE : HOURS:** _____

Jail Credit @ $50.00 per 24 hour day: _____
Served _____ $ _____   _____ Total Days

WARRANT FEE     $50.00
OMNI FEE        $30.00

**DRIVING SAFETY COURSE:** Art. 45.0511(b) Mandatory   Art. 45.0511 (d) Permissive

Court Costs: $100.00 + Fee: $10.00/DATE PAID: _____
DL: _____ REC'D INS _____ REC'D Affidavit _____ REC'D
DSC: _____ REC'D _____ REC'D ? Clear ? last course
Driver Record _____ REC'D ? last course
completed _____
DSC NOT COMPLETED/FINE PAID $ _____
DEFERRED DISPOSITION: Date granted: _____   Date Due _____

Court Costs $100.00 or $67.00 + Special Fee $ _____   Date Paid: _____ , 20 _____

---

TIME PAYMENT DUE: _____
DSC DUE DATE: _____
DEFERRED DUE DATE: _____
COMMUNITY SERVICE DUE: _____
SHOW CAUSE HEARING: _____   NOTICE SENT: _____
COMPLIANCE HEARING: _____   NOTICE SENT: _____

Warrant Date Issued: _____   Date Returned: _____
Capias Pro Fine Date Issued: _____   Date Returned: _____
OMNI: Entered: _____   Removed: _____
NRVC: Notice Sent: _____   Suspension sent: _____   Withdraw Se

**JUDGMENT**
On the the _____ day of _____ , 200_ , the defendant in the above numbered and entitle
appeared (by attorney /fax/mail) (in person), entered a plea of (not guilty) (guilty) (nolo contende
(demanded) a jury trial, and the (Court) (jury) having heard the evidence and arguments, finds th
guilty (guilty) or the offense of _____
□ The Defendant, being found not guilty, is immediately discharged from all further liability for th
which the Defendant has been tried, and the Defendant may go hence without payment of c
□ The Defendant being found guilty and assessed a fine of $ _____
the fines and costs. the Court that the State of Texas, do have and recover from the Defendant the amount of $_____
□ The Court orders the defendant to pay court costs (and post bond in the amount of $_____
the Defendant deferred disposition. The terms of the probation are attached and incorpora
judgment.
It is further Ordered that the Defendant shall complete DSC as Ordered.
□ The Court further finds that the Defendant is younger than 18 years of age and has been con
above - mentioned alcohol awareness course with the Defendant and present to the Court a
Section (106.02) (106.04)(106.05, Alcoholic Beverage Code, and that _____
completion of the course no later than _____ , 20_
□ If the Defendant fails to comply with the orders of this judgment, the Defendant shall be com
custody of the appropriate authority until said fine and costs are fully paid, and it is further ord
adjudged by the Court that execution may issue against the property of the said Defendant f
such fines and costs.

_____
Judge Andrew Garcia Jr., J.P. #1 Lampasas

**DISMISSAL**
On the the _____ day of _____ 200_
□ The judgment is ordered removed and the case dismissed on the grounds that Defendant pi
evidence of successful completion of a driving safety course.
□ The case is ordered dismissed on the grounds that the Defendant completed the terms of d
Disposition (and is ordered to pay a special expense fee in the amount of _____
□ This numbered and styled case is dismissed on the State's motion for the reason _____

_____
Judge Andrew Garcia Jr., J.P. #1, Lampas

CAUSE NUMBER: 101802(9

E STATE OF TEXAS           IN THE JUSTICE COURT

VS

PRECINCT ONE

EVEN ELMER HINDS           LAMPASAS COUNTY, TEXAS

## C O M P L A I N T

IN THE NAME AND BY THE AUTHORITY OF THE STATE OF TEXAS:

the undersigned affiant, do solemnly swear that I have good reason to
elieve and do believe that STEVEN ELMER HINDS , hereinafter called
efendant, on or about the 7th day of March, 2018 , and before
he making and filing of this complaint, in the territorial limits of
ampasas Justice Court , in the County of LAMPASAS , and the State of Texas,
AILURE TO APPEAR/BAIL JUMPING
id then and there after having been released from custody on the condition
hat he subsequently appear, intentionally and knowingly failed to appear in
ccordance with the terms of the release, said appearance not being incident to
robation or parole,

GAINST THE PEACE AND DIGNITY OF THE STATE OF TEXAS.

_____
Affiant

worn and subscribed before me by MISTY WAKEMAN,
credible person, this the ____ day of _____ 20 18 .

_____
Judge Andrew Garcia Jr. / Precinct One
Lampasas County, Texas

## A F F I D A V I T

I, WAKEMAN, MISTY , being duly sworn on oath, state that
I have good reason to believe and do believe that on or about
on the 7th day of March, 2018  in Lampasas Justice Court , LAMPASAS  County, T
STEVEN ELMER HINDS , Defendant, committed the offense of:
FAILURE TO APPEAR/BAIL JUMPING , a misdemeanor.
My belief of the above is based upon facts and information provided to me
by WAKEMAN, MISTY , a peace officer employed by
JUSTICE COURT  charging on complaint that the
Defendant, committed such offense.

_____
Affiant

Sworn to and subscribed before me on this the ____ day of
_____ 20 __

### ORDER

I examined the foregoing affidavit and have determined that probable cause
DOES exist for the issuance of arrest warrant for the named
above Defendant.

_____
Judge Andrew Garcia Jr., Precinct One
Lampasas County, Texas

## CAUSE NUMBER: <u>10170829</u>

| | |
|---|---|
| **THE STATE OF TEXAS** | **IN THE JUSTICE COURT** |
| **VS** | **PRECINCT ONE** |
| | **LAMPASAS COUNTY, TEXAS** |
| **STEVEN ELMER HINDS** | |

### W A R R A N T   O F   A R R E S T

**FINE/COST/WARRANT $ <u>649.00</u>**
**BOND SET:**
**CITATION #<u>031032</u>**

Address: <u>300 NORTH WEST ST</u>
City/State/Zip: <u>BURNET, TX 78611</u>
Date of Birth: <u>5/02/1961</u>
Driver's License: <u>TX 07354816</u>
Race: <u>WHITE</u>Sex: <u>MALE</u>

To any Peace Officer of the State of Texas:

GREETINGS:

   YOU ARE HEREBY COMMANDED to arrest STEVEN ELMER HINDS,  defendant, and bring him/her before the Justice Court to be dealt with  according to law.  Said defendant has been accused of the offense of:
ATTEND COCKFIGHT - SPECTATOR which is against the laws of the State of Texas, against the peace and  dignity of the State.

   Herein fail not, but due service and return of this warrant of arrest,  showing how you executed the same.

Signed this the 9th day of March, 2018.

Judge Andrew Garcia Jr.
Precinct One, Place One
Lampasas County, Texas

---

### OFFICER'S RETURN

Came to hand _____ day of _____, 20_____,at_____ o'clock __M and executed on the _____ day of _____, 20_____, at _____ o'clock ____M. by_____

_____
Officer's Signature

## CAUSE NUMBER: <u>10180279</u>

| | |
|---|---|
| **THE STATE OF TEXAS** | **IN THE JUSTICE COURT** |
| **VS** | **PRECINCT ONE** |
| | **LAMPASAS COUNTY, TEXAS** |
| **STEVEN ELMER HINDS** | |

## W A R R A N T   O F   A R R E S T

**FINE/COST/WARRANT $ <u>349.00</u>**
**BOND SET:**
**CITATION #<u>031032F</u>**

**Address:** <u>300 NORTH WEST ST</u>
**City/State/Zip:** <u>BURNET, TX 78611</u>
**Date of Birth:** <u>5/02/1961</u>
**Driver's License:** <u>TX 07354816</u>
**Race:** <u>WHITE</u>**Sex:** <u>MALE</u>

To any Peace Officer of the State of Texas:

GREETINGS:

   **YOU ARE HEREBY COMMANDED** to arrest **STEVEN ELMER HINDS,** defendant, and bring him/her before the Justice Court to be dealt with  according to law.  Said defendant has been accused of the offense of:
**FAILURE TO APPEAR/BAIL JUMPING** which is against the laws of the State of Texas, against the peace and  dignity of the State.

   Herein fail not, but due service and return of this warrant of arrest,  showing how you executed the same.

Signed this the 9th day of March, 2018.

**Judge Andrew Garcia Jr.**
**Precinct One, Place One**
**Lampasas County, Texas**

## OFFICER'S RETURN

Came to hand _____ day of _____, 20____,at_____ o'clock __M and executed on the _____ day of _____, 20 ____, at _____ o'clock ____M. by _____

**Officer's Signature**

No. __10170829__

| THE STATE OF TEXAS | {} | IN THE JUSTICE COURT |
| VS | {} | PRECINCT 1, PLACE 1 |
| STEVEN ELMER HINDS | {} | LAMPASAS COUNTY, TEXAS |

## PRETRIAL NOTICE

STEVEN ELMER HINDS
240 CR 250
BURNET, TX 78611

RE: **ATTEND COCKFIGHT - SPECTATOR**

Dear   STEVEN ELMER HINDS ,

Please be advised that the above referenced cause has been set for *pretrial* in the Justice Court, Pct. One, Courthouse, 501 East 4th Street, Lampasas, Texas at 9:00 a.m. on **March 7, 2018**  . Please be advised that this Court requires a **written notice** within three working days of the trial to be able to reset your case for a future date. Please do not contact this court to speak with the Judge or County Attorney once you are scheduled for trial.

If you have any questions please contact the Court at 512-564-1845.

Signed this the 14th day of February, 2018

Judge Andrew Garcia Jr.
Precinct One, Place One
Lampasas County, Texas

Certified Mail No.: 7016 0600 0000 7569 4092

STEVEN ELMER   HINDS, Estate.
Executor Office.
Nation Texas.
240 County Road 250.
Burnet. Hinds Province.
United States Minor, Outlying Islands.
Near. [78611-9998]

Afternoon – of second February two-zero one-eight
= = = = = = = = = = = = = = = = = = =

= = = = = = = = = = = = = = = = = = =

Office of Court Administrator
Attention: Judge Andrew Garcia, Jr.
501 East 4th St., Ste. 105, P.O. Box 412
Lampasas, Texas, U.S.A. 76550

To:   The Office of Court Administrator.
From: Executor Office – STEVEN ELMER HINDS, Estate.

Regarding:  Unauthorized administration of STEVEN ELMER HINDS, Estate;
         [Citation No.: 031032]

Enclosed you will find "abandoned" paperwork – EXHIBIT 1 – which appears to erroneously "allege" that 410 E. 4th Street, Lampasas, TX 76550, the JP Andrew Garcia, Jr. no bar card number and Matt Barnes who did not sign but printed his name as M Barnes 712 upon the paperwork being returned, such as – Issued by M Barnes 712, who by his unwarranted acts of: sending a defective document/citation through the U.S. mail; defective for: stalking, sending the citation to my mother's home, disclosing my social security number upon the paperwork, alleging a crime at a wrong address, serving a defective process through the U.S. mail beyond the 10 day limit since the time of the alleged occurrence on June 11, 2016 has expired, no obligation was created given the fact the citation/notice does not bear my signature whereby I agreed to appear, there is no name of the accuser, there is no party making the allegation attesting they are the real party in interest, there is no qualified witness who has the authority to certify to the truth, there is no disclosure of the *nature* of the allegation – civil or criminal, and which "charge" County Attorney John K. Greenwood has failed to state a Claim after being Noticed with a series of four Demand Letters – EXHIBIT 2 – and has thus defaulted – Matt Barnes and Andrew Garcia, Jr.'s paper fraudulently claims authority from this Executor Office to administrate for STEVEN ELMER HINDS, Estate.  That false claim is hereby Adjourned.

You will forthwith return and transmit the specific written delegation of authority to "represent" that authorization to administrate [act as trustee] the STEVEN ELMER HINDS Estate has been warranted, together with a certified copy of your oath for the Office of Court Administrator, accompanied by a certified copy of your Bar Bond or Bond, Wayne Boultinghouse, Court Administrator, and a detailed list of all bonds, sureties, indemnification, insurance and Court Registry Investment System (CRIS) CUSIP numbers, SF24, SF25 and SF25A, EXHIBITS 3, 4 and 5, and full accounting relating in any way to your or any related actor's personal or professional involvement, as referenced above, through the unwarranted presentation of the arrogated paperwork intrusion upon the STEVEN ELMER HINDS Estate.

govern yourself accordingly.

Certified Document:
7016 0600 0000 7569 4092

By: executor   *Steven Elmer Hinds*
Executor Office.
STEVEN ELMER HINDS, Estate.
Nation Texas.
240 County Road 250.
Burnet. Hinds Province.
United States Minor, Outlying Islands.
Near. [78611-9998]

cc:  Office of Governor, STATE OF TEXAS Greg Abbott, Governor. 1100 San Jacinto Blvd., Austin Texas 78701
cc:  Office of Attorney General. STATE OF TEXAS Ken Paxton, Attorney General, P.O. Box 12548, Austin, Texas 78711-2548

Certified Mail No.: 7016 0600 0000 7569 4092

| STATE OF TEXAS | ) | |
| --- | --- | --- |
| | ) | JURAT |
| COUNTY OF BURNET | ) | |

Subscribed and sworn to before me, a Notary Public, this 2 day of February 2018, upon satisfactory evidence to the identity of the affiant subscribed and sworn above.

_____   (Seal)
NOTARY PUBLIC
My Commission expires:

JOEL B CORTEZ
NOTARY PUBLIC
STATE OF TEXAS
ID # 12699464
My Comm Expires 05/14/2018

FEB 0 6 2018

BY:

**EXHIBIT 1**

# Citation No.: 031032
# (2 pages)



FEB 0 6 2018

| JUDGE ANDREW GARCIA JR. | JUDGE CAMRON D. BRISTER | JUDGE GREG CHAPMAN |
|---|---|---|
| JUSTICE OF THE PEACE #1 | JUSTICE OF THE PEACE #2 & #3 | JUSTICE OF THE PEACE #4 |
| P.O. BOX 412 | P.O. BOX 96 | P.O. BOX 86 |
| LAMPASAS, TX 76550 | LOMETA, TX 76853 | KEMPNER, TX 76539 |
| Tel 512 564-1845 | Tel 512 752-3497 | Tel 512 932-2182 |
| Fax 512 564-1696 | Fax 512 752-8397 | Fax 512 932-3884 |
| Bureau Code #2519576 | Bureau Code #8997893 | Bureau Code #8871463 |

THIS LETTER IS FURNISHED AS A COURTESY TO YOU BY THE JUSTICE COURTS OF LAMPASAS COUNTY, TEXAS TO ASSIST IN MAKING DISPOSITION OF THE CHARGE(S) AGAINST YOU.

IF YOU WISH TO ENTER A PLEA OF GUILTY OR NOLO CONTENDRE, please indicate in the proper space provided, a plea of NOLO CONTENDRE means that you do not wish to contest the state's charge(s) against you. The plea of NOLO CONTENDRE has the same force and effect as a plea of GUILTY. Either plea indicates that you agree to waive appearance before the Court for trial. You must refer to the schedule shown on the reverse side of this letter to determine the total amount of your fine(s) and costs assessed against you. Make your remittance by CASHIER'S CHECK or MONEY ORDER payable to LAMPASAS COUNTY or submit your CREDIT CARD payment by phone at 866,549,1010 or online at www.certifiedpayments.net with the Bureau Code# shown above.
IF MAILING RETURN YOUR COPY OF THE CITATION and this LETTER with your remittance.

IF YOU WISH TO ENTER A PLEA OF NOT GUILTY and desire a trial, you must so indicate in the proper space provided below and mail to the Judge whose name is marked at the top of this letter no later than the appearance date shown on the citation. You shall be notified by return mail of the court date set. You have the right to either a JURY OR NON JURY trial. Please indicate your choice, JURY or NON JURY.

A PARENT may have to accompany a MINOR to COURT before a PLEA can be accepted from the MINOR with certain TRAFFIC, ALCOHOL, SCHOOL or TOBACCO offenses. A PARENT will be notified by the COURT.

IF YOU FAIL TO RESPOND TO THIS CITATION BY THE APPEARANCE DATE SHOWN ON THE CITATION an ADDITIONAL charge WILL be assessed against you for VIOLATE PROMISE TO APPEAR and a WARRANT issued for your ARREST. YOUR PROMPT ATTENTION TO THIS MATTER WILL BE GREATLY APPRECIATED. THANK YOU.

## REPLY FORM

_____ I hereby enter a plea of NOT GUILTY and request a JURY / NON-JURY TRIAL.

_____ I hereby enter a plea of GUILTY and waive appearance for trial.
CASHIER'S CHECK or MONEY ORDER in the amount of the fine(s) is enclosed

_____ I hereby enter a plea of NOLO CONTENDRE and waive appearance for trial.
CASHIER'S CHECK or MONEY ORDER in the amount of the fine(s) is enclosed.

## DRIVING SAFETY COURSE

I HEREBY PLEA NOLO CONTENDRE to the moving traffic citation and request to take a DRIVING SAFETY COURSE to dismiss the charge, except its SPEED OF 25 M.P.H. or above. I understand I will lose the right to request DSC, if I do not provide this written request to the court by CERTIFIED RETURN RECEIPT mail dated ON or BEFORE THE APPEARANCE DATE on my citation. I am sending PROOF OF LIABILITY INSURANCE, in effect at time of citation, copy of my citation, copy of my Class "C" driver's license and a MONEY ORDER payable to LAMPASAS COUNTY for $112.10 fee with my request as required. I hereby certify that I am not in the process of taking a course not reflected on my driving record and have not completed a course in the past twelve months. I did have a valid TEXAS DRIVER'S LICENSE at the time the citation was issued.

SIGNATURE _____    _____ DATE _____

ADDRESS & ZIPCODE _____

