IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| STATE OF TEXAS, | § § § § | |
| Plaintiff, | § § | |
| v. | § § | 1:18-CV-240-RP |
| STEVEN HINDS, | § § § | |
| Defendant. | § | |

## **ORDER**

Defendant Steven Hinds removed a criminal case pending before the Justice of the Peace Court, Precinct One, Lampasas County, Texas (Cause No. 10170829) on March 19, 2018. (Dkt. 1). The State of Texas filed a motion to remand. (Dkt. 6). This Court granted remand, finding that Mr. Hinds had not satisfied the burden to establish federal jurisdiction because he had sought to remove a state criminal case that does not fall into one of the limited exceptions where removal is available. (Dkt. 17, citing 28 U.S.C. §§ 1442(a), 1442a, 1443.) Having granted remand, the Court closed the case on July 16, 2018. (Dkt. 17).

Mr. Hinds filed a motion for relief from the order granting remand, (Dkt. 22), which the Court denied for the same reasons, (Text Order of July 31, 2018). Mr. Hinds then filed a motion for clarification of that order, (Dkt. 23). The Court issued yet another order explaining its reasons and denying reconsideration of the matter under Federal Rule of Civil Procedure 60. (Dkt. 24).

Since then, Mr. Hinds has now filed a motion styled as a show cause order seeking to keep his case in federal court, (Dkt. 27), and motion for judgment on the pleadings, (Dkt. 31).

The Court will deny both of these motions as moot in light of the Court's orders granting remand, (Dkt. 17), and denying reconsideration, (Dkt. 24). Because Mr. Hinds is acting *pro se*, the Court has sought to make its reasoning as clear as possible by explaining its reasons a second time in

the order denying reconsideration. (Dkt. 24). Having done so, the Court will not consider any further submissions from Mr. Hinds other than a notice of appeal.

Accordingly, **IT IS ORDERED** that Mr. Hinds' motion styled as a show cause order, (Dkt. 27), and the motion for judgment on the pleadings, (Dkt. 31), are **DENIED AS MOOT**.

**IT IS ORDERED** that Mr. Steven Hinds is **BARRED FROM FILING** anything further in this action with the exception of a Notice of Appeal.

Mr. Steven Hinds is **HEREBY WARNED** that if he violates the terms of this order by filing anything other than a Notice of Appeal in this matter, the Court may impose monetary sanctions or bar Mr. Hinds from bringing any future action in this court without prior leave.

**IT IS FURTHER ORDERED** that the Clerk's Office mail a copy of this Order to Mr. Hinds via certified mail. Mr. Hinds' address is 240 County Road 250, Burnet, Texas 78611.

**SIGNED** on November 14, 2018.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE